```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 06250
    MARTHA FLORES
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-9756


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/17/08 .

    2.  The case was dismissed without confirmation, 06/27/2008.

--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING CO     CURRENT MORTG           .00             .00           .00
AMERICAS SERVICING CO     MORTGAGE ARRE    NOT FILED             .00           .00
ALL CREATURES EMERGENCY   UNSECURED        NOT FILED             .00           .00
CAPITAL ONE BANK          UNSECURED        NOT FILED             .00           .00
COMPUCREDIT CORP          UNSECURED        NOT FILED             .00           .00
FIRST PREMIER BANK        UNSECURED        NOT FILED             .00           .00
FIRST PREMIER BANK        UNSECURED        NOT FILED             .00           .00
MIDLAND CREDIT MGMT       UNSECURED        NOT FILED             .00           .00
SALUTE                    UNSECURED        NOT FILED             .00           .00
        Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00          .00         .00           .00
PRINCIPAL PAID          .00         .00          .00         .00           .00
INTEREST PAID           .00         .00          .00         .00           .00
TOTAL PAID              .00         .00          .00         .00           .00
The Debtor's attorney, SHAW & FOLEY LLC            , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 09/10/08                   /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                                              PAGE   2
      CASE NO. 08 B 06250 MARTHA FLORES
```